**1659** COMMON COUNCIL (Detroit) vs. PUBLIC LIGHTING COMMISSION, No. 14199, 101 M., 362. (Certiorari to Wayne.)

To compel respondent to submit to the council for its

approval or disapproval certain contracts entered into by the commission for the purchase of appliances necessary to the establishment of a public lighting plant.

The circuit judge denied the writ.

Reversed, and writ granted, July 5, 1894, without costs.